**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| YVONNE EDWARDS, Individually and as Mother and Next Friend of Z.W., a Minor, ) ) ) | |
| ) | Court No. 1:19-CV-03370 |
| Plaintiffs, ) | |
| v. ) | Judge: Honorable Robert M. Dow, Jr. |
| ) | |
| ORANGE LAKE COUNTRY CLUB, INC., a ) Delaware Corporation, ) | Magistrate: Honorable M. David Weisman |
| ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO SEAL
AND TO FILE REDACTED PLEADING**

NOW COME the Plaintiffs, YVONNE EDWARDS, Individually and as Mother and

Next Friend of Z.W., a Minor, by their attorneys ZNEIMER & ZNEIMER P.C., and pursuant

to Fed. R. Civ. P. 15(a) respectfully ask this Court for an Order sealing the initial

Complaint in this matter *[Doc. 1],* and for leave to file a fully redacted Complaint prior to

service. In support of their Motion, the Plaintiffs state as follows:

1.      On May 20, 2019, the Plaintiffs filed a Complaint against the Defendant.

2.      One of the Plaintiffs is a minor, identified only by her initials.

3.      Inadvertently, in paragraph 33 of the Complaint, the minor's name was left

unredacted.

4.      Upon realizing her error, Plaintiff's counsel immediately contacted the

Clerk of the Court alerting the Court to the omission.

5.      The undersigned counsel apologizes to the Court for the oversight, and

respectfully asks the Court for an Order sealing the Complaint *[Doc. 1]* and for leave to

file and serve a redacted First Amended Complaint, with the name of the minor redacted.

Respectfully submitted,

_s/Sofia M. Zneimer_

Attorney for Plaintiff

ZNEIMER & ZNEIMER P.C.
4141 North Western Avenue
Chicago, IL 60618
(773) 516-4100
sofia@zneimerlaw.com
eservice@zneimerlaw.com